**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:05CV200
(1:02CR100)**

| | | |
|---|---|---|
| **WILLIAM L. MORRELL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **J U D G M E N T** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

For the reasons set forth in the Memorandum and Order filed

herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

the Petitioner's motion to vacate, set aside, or correct judgment pursuant to

28 U.S.C. § 2255 is **DENIED**, and this matter is hereby **DISMISSED WITH**

**PREJUDICE** in its entirety.

Petitioner is hereby placed on notice that no future motion pursuant

to 28 U.S.C. § 2255 may be filed absent permission from the United States

Fourth Circuit Court of Appeals.

Signed: September 13, 2006

Lacy H. Thornburg
United States District Judge